# United States Bankruptcy Court
## Southern District of Florida

In re **Avora Lumina LLC** Case No.
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Avora Lumina LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 23, 2026**
Date

**/s/ Bradley S. Shraiberg**
**Bradley S. Shraiberg 121622**
Signature of Attorney or Litigant
Counsel for **Avora Lumina LLC**

**Shraiberg Page PA**
**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
**561 443 0800 Fax:561 998 0047**
**bss@slp.law**